ERIC GRANT
United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN KHAMTRASHYAN,<br><br>Defendant. | CASE NO. 1:24-CR-00128-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER<br><br>DATE: September 8, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Jennifer L. Thurston |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant is set for a change of plea hearing on **September 8, 2025**, in front of the Honorable Jennifer L. Thurston, U.S. District Judge. The parties wish to **continue the change of plea hearing to September 22, 2025, and exclude time through that date**.

2. The parties agree and stipulate, and request that the Court find the following:

    a. This is a "complex case" due to the number of defendants and the nature of the prosecution, making it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

    b. The discovery associated with this case is voluminous and includes tens of thousands

        of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded conversations, many cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    c. Counsel for defendant and the government desire additional time to prepare for the change of plea hearing.

    d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 8, 2025 to September 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

```
1
2       IT IS SO STIPULATED.
3
4
5   Dated:  September 4, 2025              ERIC GRANT
                                           United States Attorney
6
7                                          /s/ JUSTIN J. GILIO
                                           JUSTIN J. GILIO
8                                          Assistant United States Attorney
9
10  Dated:  September 4, 2025              /s/ Garo Ghazarian
                                           Garo Ghazarian
11                                         Counsel for Defendant
                                           ALLEN KHAMTRASHYAN
12
13
14                                **ORDER**
15
        IT IS SO FOUND.
16
17  IT IS SO ORDERED.
18
        Dated:   **September 5, 2025**          [signature]
19                                              UNITED STATES DISTRICT JUDGE
20
```

IT IS SO STIPULATED.

Dated: September 4, 2025

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: September 4, 2025

/s/ Garo Ghazarian
Garo Ghazarian
Counsel for Defendant
ALLEN KHAMTRASHYAN

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **September 5, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE