GARO B. GHAZARIAN (California State Bar No. 152790)
LAW OFFICE OF GARO B. GHAZARIAN, APC
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481
E-mail: gbglaw@sbcglobal.net

Attorney for Defendant
ALLEN KHAMTRASHYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:24-CR-00128-21-JLT-SKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALLEN KHAMTRASHYAN, | ) | |
| Defendant. | ) | |
| _____ | ) | |

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing for defendant Allen Khamtrashyan, in the matter of <u>United States v. Allen Khamtrashyan</u>, Case No. 1:24-CR-00128-21-JLT-SKO, scheduled on February 23, 2026 at 10:00 a.m. shall be continued to May 4, 2026 at 9:00 a.m.

IT IS SO ORDERED.

   Dated:   **November 10, 2025**                              _____
                                                                                             UNITED STATES DISTRICT JUDGE