GARO B. GHAZARIAN (California State Bar No. 152790)
LAW OFFICE OF GARO B. GHAZARIAN, APC
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481
E-mail: gbglaw@sbcglobal.net


Attorney for Defendant
ALLEN KHAMTRASHYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )        No. 1:24-CR-00128-21-JLT-SKO
                  Plaintiff,    )
                                )
v.                              )        ORDER
                                )
ALLEN KHAMTRASHYAN,             )
                  Defendant.    )
_____)

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing for defendant Allen Khamtrashyan, in the matter of United States v. Allen Khamtrashyan, Case No. 1:24-CR-00128-21-JLT-SKO, scheduled on May 4, 2026 at 10:00 a.m. shall be continued to June 29, 2026.

IT IS SO ORDERED.

Dated:   **February 23, 2026**                      _____
                                                    UNITED STATES DISTRICT JUDGE