GARO B. GHAZARIAN (California State Bar No. 152790)
LAW OFFICE OF GARO B. GHAZARIAN, APC
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481
E-mail: gbglaw@sbcglobal.net

Attorney for Defendant
ALLEN KHAMTRASHYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:24-CR-00128-21-JLT-SAB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER REGARDING NOTICE OF |
| | ) | ERRATA AND STRIKING |
| ALLEN KHAMTRASHYAN, | ) | INCORRECTLY FILED |
| Defendant. | ) | STIPULATION |
| _____ | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the stipulation filed on May 28, 2026 at 3:08 p.m. at Docket No. 445, having been filed in error and referencing an incorrect case and defendant, is hereby stricken from the docket and shall have no force or effect in this action.

IT IS SO ORDERED.

Dated:  **May 29, 2026**

_____
UNITED STATES DISTRICT JUDGE